160 A.3d 697

STATE OF NEW JERSEY, PLAINTIFF, v. LEROY TUTT, DEFEN-DANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. BRUCE DUETTE (A/K/A BRUCE DEWITT), DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4042/5558–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 697

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GARRY S. ZIGICH (A/K/A GARY ZIGICH), DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002845–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.